IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDRIKA MORRISSETTE MILLER and GARY L. SAUER, JR., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:20-CV-1049-WKW [WO] |
| CITY OF MONTGOMERY and COUNTY OF MONTGOMERY, ALABAMA, | ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is Plaintiffs' *pro se* motion for an extension of time to file a notice of appeal, filed March 2, 2023. (Doc. # 19.) For the reasons to follow, the motion will be granted under Rule 4(a) of the Federal Rules of Appellate Procedure.

Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure governs the time for Plaintiffs to file a notice of appeal: "[T]he notice of appeal . . . must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A). Rule 4(a)(5)(A) of the Federal Rules of Appellate Procedure governs motions for extensions of time to file a notice of appeal: "The district court may extend the time to file a notice of appeal if . . . a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires" and "shows excusable neglect or good cause." Fed. R. App. P. 4(a)(5)(A)(i)–(ii).

Plaintiffs seek to appeal the final judgment entered on February 14, 2023, dismissing this action without prejudice. Their motion for an extension of the time to file a notice of appeal is timely, and they have shown good cause for the requested extension.

Accordingly, it is ORDERED that Plaintiffs' *pro se* motion for an extension of time to file a notice of appeal (Doc. # 19) is GRANTED and that Plaintiffs are GRANTED a thirty-day extension to file their notice of appeal. The thirty-day extension commences at the expiration of the original thirty-day period to appeal. Fed. R. App. P. 4(a)(5)(C).

DONE this 9th day of March, 2023.

                                          /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE