IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRIKA MORRISSETTE MILLER and GARY L. SAUER, JR., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF MONTGOMERY and )<br>COUNTY OF MONTGOMERY, )<br>ALABAMA, )<br>)<br>Defendants. ) | CASE NO. 2:20-CV-1049-WKW<br>[WO] |

## **ORDER**

Before the court is Plaintiffs' Motion to Appeal and Change of Judge and Venue (Doc. # 21), received and docketed on April 13, 2023.

First, Plaintiffs' motion is construed as a notice of appeal. In a prior Order entered on March 9, 2023 (Doc. # 20), the court reopened the time for Plaintiffs to file a notice of appeal for thirty days. *See* Fed. R. App. P. 4(a)(5)(C). Based on the court's Order, Plaintiffs needed to file a notice of appeal on or before April 15, 2023. Since Plaintiffs' notice was received on April 13, 2023, it is timely.

Second, as set out in the final judgment, Plaintiffs' action was dismissed without prejudice; therefore, this action has not been set for trial. (Doc. # 18.) Accordingly, it is ORDERED that, to the extent Plaintiffs request a change of venue and judge for the purpose of trial, the motion (Doc. # 21) is DENIED as moot.

2

It is further ORDERED that, based on the sensitive information included in it, the motion (Doc. # 21) shall remain under seal.

DONE this 26th day of April, 2023.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE